MINUTE ENTRY
SHUSHAN, J.
NOVEMBER 7, 2012
JS-10: 11 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRANK NAJOLIA, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 12-821** |
| **NORTHRUP GRUMMAN SHIP SYSTEMS, INC., ET AL** | **SECTION: "J"** |
| **COURTROOM DEPUTY:**<br>Stephanie Kall | **COURT REPORTER:**<br>Cindy Usner |

WEDNESDAY, NOVEMBER 7, 2012 AT 9:30 AM
MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

CALL DOCKET

Case called.
After discussions between the parties, it is Ordered that defendants Bayer CropScience, Uniroyal, Inc., Northrop Grumman Ship Systems, Inc., McDermott International Inc., and Warren Pumps, Inc. are DISMISSED WITHOUT PREJUDICE. Further Ordered that third-party defendant Uniroyal, Inc. is DISMISSED WITHOUT PREJUDICE. Further Ordered that the call docket is satisfied as to third-party defendant Claims Resolution Management Corporation. Matter is to be placed on trial docket.

ATTORNEYS: Lawrence Centola, III, for plaintiff
Gordon Wilson, for Huntington Ingalls Incorporated
Rick Mitchell for Stacey Strain, for Air & Liquid Systems Corporation
Jennifer Zajac, for Reilly-Benton Company, Inc.
Adam deMahy, for OneBeacon America Insurance Company
Michael Abraham, for Bayer CropScience, Inc.
Sarah Roy, for IMO Industries Inc. and Warren Pumps, LLC